# Third District Court of Appeal
## State of Florida

Opinion filed July 2, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0196
Lower Tribunal No. F14-19599B
_____

**Philome Jacques-Simon,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Ellen Sue Venzer, Judge.

Philome Jacques-Simon, in proper person.

James Uthmeier, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before SCALES, C.J., and GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.